IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05- 93M-MPT |
| | ) |
| STEPHEN C. CARPENTER, | ) |
| | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count One

From on or about January 12, 2005, to on or about February 17, 2005, in or near Wilmington, in the State and District of Delaware, Stephen C. Carpenter, defendant herein, while being a Postal Service employee, to wit, a window clerk, did willfully and knowingly convert to his own use monies coming into his hands and under his control, in the execution of his employment, in violation of Title 18, United States Code, Section 1711.

COLM F. CONNOLLY
United States Attorney

By: _____
Anne Y. Park
Assistant United States Attorney

Dated: June 22, 2005