IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-93M-MPT |
| | : | |
| STEPHEN C. CARPENTER, | : | |
| | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL**

Please enter the appearance of Edmond Falgowski, Assistant United States Attorney for the District of Delaware, in place of Anne Y. Park, Assistant United States Attorney for the District of Delaware, as counsel for the United States of America.

                                                    COLM F. CONNOLLY
                                                    United States Attorney


                                            BY:       /s/
                                                    Edmond Falgowski
                                                    Assistant United States Attorney


Dated:  July 19, 2005