

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*  *(302) 573-6277*
*107 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

October 4, 2005

Honorable Mary Pat Thynge
United States Magistrate Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware  19801

    Re: **United States v. Stephen C. Carpenter**
        <u>**Case No. 05-93M - MPT**</u>

Dear Judge Thynge:

    The defendant is prepared to enter a guilty plea pursuant to the terms of the enclosed Memorandum of Plea Agreement. The parties respectfully request that the matter be scheduled for a change of plea hearing.

                                  Respectfully submitted,

                                  COLM F. CONNOLLY
                                United States Attorney

                                By: _____
                                Edmond Falgowski
                                Assistant United States Attorney

pc:   Eugene J. Maurer, Jr., Esquire
      Clerk, U.S. District Court

EF:slb
Enclosure

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 05-93M (MPT) |
| STEPHEN C. CARPENTER, | ) | |
| Defendant. | ) | |

## MEMORANDUM OF PLEA AGREEMENT

Pursuant to discussions between the United States of America, by and through its attorney, Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and on behalf of and with the consent and knowledge of Colm F. Connolly, United States Attorney for the District of Delaware, and the defendant, Stephen C. Carpenter, by and through his attorney, Eugene J. Maurer, Jr, Esquire, the following agreement is hereby entered into by the respective parties:

1. The defendant shall plead guilty plea to the one count Information, charging Misappropriation of Postal Funds, in violation of Title 18, United States Code, Section 1711, which carries a maximum penalty of one year imprisonment, a $100,000 fine, one year supervised release, and a special assessment of $25.

2. The elements of the offense are the following:

   (1) The defendant was a Postal employee;

   (2) Who converted to his own use;

   (3) Money coming into his hands by virtue of his employment.

3. The defendant admits to the following facts. At all times relevant to the Information, the defendant was employed by the U.S. Postal Service as a Sales and Service Associate at the Talleyville Postal Store in Wilmington, Delaware. Between January 12, 2005, and February 17, 2005, the defendant under-reported stamp sales on a regular basis by selling booklets and coils of postage stamps for cash and recording the sale as a single one cent stamp sale or by voiding sales of booklets and coils of stamps that were actually sold to customers. The defendant thus had a "cash overage" in his drawer at the end of the business day, which he kept for himself. The defendant stole a total of $457.33 during this time period.

4. The defendant agrees to pay $457.33 in restitution to the United States Postal Service.

5. The defendant also agrees to pay the $25 special assessment on the day of sentencing.

6. The United States agrees to a two-level reduction under USSG § 3E1.1(a), provided that the United States does not subsequently learn of conduct by the defendant inconsistent with acceptance of responsibility.

7. The defendant understands that at sentencing the District Court must consider the United States Sentencing Guidelines ("USSG") and take them into account in exercising its discretion to determine the appropriate sentence and must also consider the other factors bearing on an appropriate sentence pursuant to 18 U.S.C. § 3553(a). The defendant further understands that the Government will recommend that the Court impose a sentence consistent with the sentencing range set forth by the Sentencing Guidelines.

8. The defendant agrees that, by the date of the entry of a plea of guilty pursuant to this plea agreement, he will resign from the U.S. Postal Service, waiving all administrative rights, and that he will not seek at anytime re-employment with the U.S. Postal Service or any company that contracts with the U.S. Postal Service in connection with the transportation of U.S. Mail. In return, the United States agrees that it will not pursue felony charges under 18 U.S.C. § 2073.

9. It is further agreed by the parties that this Memorandum supersedes all prior promises, representations, and statements of the undersigned parties; that this Memorandum may be modified only in writing signed by all the parties; and that any and all promises, representations and statements made prior to or after this Memorandum are null and void and have no effect whatsoever, unless they comport with the subsequent written modification requirements of this paragraph.

                                                  COLM F. CONNOLLY
                                                  United States Attorney

_____       By:_____
Eugene J. Maurer, Jr., Esquire            Edmond Falgowski
Attorney for Defendant                    Assistant United States Attorney

_____
Stephen C. Carpenter
Defendant

Dated:

       **AND NOW this** _____ **day of** _____**, 2005, the foregoing Memorandum of Plea Agreement is hereby (accepted) (rejected) by this Court.**

                                          _____
                                          HONORABLE MARY PAT THYNGE
                                          United States Magistrate Judge