IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. **05-93M-MPT** |
| ) | |
| **STEPHEN C. CARPENTER** ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SCHEDULING

WHEREAS, the defendant has informed the court that he intends to enter a plea of guilty to the charges pending against him in this court,

IT IS HEREBY ORDERED that the Change of Plea Hearing for the above defendant is scheduled for **1:00 p.m on OCTOBER 27, 2005**, in Courtroom 6C of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

Dated: October 12, 2005

_____
Honorable Mary Pat Thynge
United States Magistrate Judge



FILED
OCT 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE