IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. **05-93M-MPT** |
| ) | |
| **STEPHEN C. CARPENTER** ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF RESCHEDULING

IT IS HEREBY ORDERED that the Change of Plea Hearing for the above defendant is continued from October 27, 2005 at 1:00 pm until **NOVEMBER 23, 2005 AT 8:30 a.m.**, in Courtroom 6C of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

October 25, 2005

_____
HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE



FILED
OCT 2 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE